COURT OF CRIMINAL APPEALS * STATE OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0002003152
MAILED FROM ZIP CODE 78701

$ 00.41⁶
JUN 25 2015



*Returned For Better Address*

RE: WR-82,056-02

TRAVIS KYNDALL LONGORIA
910 SOUTH 27TH ST
ABILENE, TX 79602





43 EVE-N3B 79602